In the Matter of the Probate of the Will of JOHANNA DOELGER, Deceased.

GEORGE SCHNEIDER et al., Appellants; CHARLES REINHARDT, Respondent.

*Matter of Doelger,* 113 App. Div. 913, affirmed.
(Submitted April 2, 1907; decided April 16, 1907.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered June 8, 1906, which affirmed a decree of the Kings County Surrogate's Court admitting to probate an instrument purporting to be the will of Johanna Doelger, deceased.

*Einar Chrystie* and *John P. Lamerdin* for appellants.

*James C. Cropsey* for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., O'BRIEN, EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ.